UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIAS NUNEZ,

              Plaintiff,

  -against-

DENNIS W. HASTY, Warden, MDC-Brooklyn;
MS. MIDDLETON, Medical Supervisor,
MDC-Brooklyn; F. FRANCIN, Medical Director,
MDC-Brooklyn; M.E. RAY, BOP Northeast
Regional Director, Philadelphia, PA; C. SHACKS,
BOP Unit Manager, MDC-Brooklyn; H. WATTS,
Administrator, Bureau of Prisons, Central Office,
Washington, D.C.,

              Defendants.
------------------------------------------------------------X

JUDGMENT
04-CV- 1282 (JG)



An Order of Honorable John Gleeson, United States District Judge, having been filed on December 12, 2007, granting the defendants' motion for summary in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' motion for summary judgment is granted in its entirety.

Dated: Brooklyn, New York
       December 13, 2007

                                          s/Robert C. Heinemann

                                          ROBERT C. HEINEMANN
                                          Clerk of Court